**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00436-RBJ

IN RE:

AIRIC BRAD MCPHERSON and
RHONDA RENE MCPHERSON,

      Debtors.

AIRIC BRAD MCPHERSON and
RHONDA RENE MCPHERSON,

      Plaintiff-Appellants,

v.

GREEN TREE SERVICING, LLC,

      Defendant-Appellee.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [Docket Number 20] of Judge R. Brooke Jackson entered on December 17, 2013, it is

ORDERED that the decision of the Bankruptcy Court denying Motion to Determine Secured Status Pursuant to 11 U.S.C. § 506 and 11 U.S.C. § 1322(b) is AFFIRMED.  It is

FURTHER ORDERED that judgment shall enter in favor of the Defendant-Appellee and against the Plaintiffs-Appellants.  It is

FURTHER ORDERED that the Notice of Appeal From Bankruptcy Court [Docket Number 2] is dismissed. It is

FURTHER ORDERED that costs are not awarded as the Defendant-Appellee has not entered an appearance or responded in this case.

Dated at Denver, Colorado this 3rd day of January, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Julie Dynes

Julie Dynes
Deputy Clerk